## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**KIMBERLY SYMONDS,**

      **Plaintiff,S**

**vs.**                                                       **Case No.**

**MCKINSEY & COMPANY, INC.**
**UNITED STATES**

      **Defendant.**

_____/

### COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff **KIMBERLY SYMONDS** ("Plaintiff"), by and through the undersigned, hereby sues Defendant **MCKINSEY & COMPANY, INC. UNITED STATES** ("Defendant") and alleges as follows:

### INTRODUCTION

1.     This is an action brought pursuant to Title VII of the Civil Rights Act of 1964 (Title VII) and the Florida Civil Rights Act of 1992, §760.01, *et seq*., Fla. Stat. ("FCRA").

### JURISDICTION AND VENUE

2.     This Court has jurisdiction over this claim because Plaintiff was discharged from employment in violation of Title VII and all administrative prerequisites have been exhausted or excused.

3.     Venue is proper in the Court because all facts material to all claims set forth herein occurred in Pinellas County, Florida.

## PARTIES

4.     At all times material to this action, Defendant was a foreign for profit corporation conducting business in Pinellas County, Florida.

5.     At all times material to this action, Plaintiff was an employee of Defendant pursuant to the terms of all applicable statutes and Defendant was the employer of Plaintiff pursuant to the terms of all applicable statutes.

## GENERAL ALLEGATIONS

6.     Defendant is a management consulting firm.

7.     Plaintiff began working for Defendant as a Recruiter in July 2013.

8.     On September 11, 2014, Plaintiff informed Defendant that she was pregnant.

9.     Plaintiff's employment was terminated on or about September 23, 2014 because of her sex/pregnancy.

10.     Defendant has a policy or practice of discriminating against employees based on sex/pregnancy.

11.     Plaintiff timely filed a charge of discrimination with the appropriate agency.

12.     All administrative notice requirements and prerequisites have been satisfied.

13.     Plaintiff has retained the services of the undersigned attorneys and is obligated to pay the undersigned a reasonable fee for their services.

14.     Plaintiff demands a trial by jury on all claims alleged herein.

## COUNT I
## UNLAWFUL DISCRIMINATION UNDER TITLE VII

15.     Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1 through 14 as if fully stated herein.

16.     The actions of Defendant as detailed above are a violation of Title VII in that Defendant discriminated against Plaintiff because of sex/pregnancy.

WHEREFORE, Plaintiff prays that judgment be entered in Plaintiff's favor and against Defendant and that the Court award: back pay; front pay; compensatory damages; pre and post judgment interest; reinstatement; punitive damages; reasonable costs and attorneys' fees; and all other relief that the Court or the Jury determines to be just and proper.

## COUNT II
## UNLAWFUL DISCRIMINATION UNDER THE FCRA

17.     Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1 through 14 as if fully stated herein.

18.     The actions of Defendant as detailed above are a violation of the FCRA in that Defendant discriminated against Plaintiff because of sex/pregnancy.

WHEREFORE, Plaintiff prays that judgment be entered in Plaintiff's favor and against Defendant and that the Court award: back pay; front pay; compensatory damages; pre and post judgment interest; reinstatement; punitive damages; reasonable costs and attorneys' fees; and all other relief that the Court or the Jury determines to be just and proper.

## REQUEST FOR JURY TRIAL

Plaintiff requests trial by jury on all issues so triable.

Respectfully submitted,

/s/ Michelle Erin Nadeau
Ryan D. Barack
Florida Bar No. 0148430
rbarack@employeerights.com
Jackie@employeerights.com
Michelle Erin Nadeau
Florida Bar No. 0060396
mnadeau@employeerights.com

3

Jackie@employeerights.com
Kwall Barack Nadeau PLLC
304 S. Belcher Rd., Suite C
Clearwater, Florida 33765
(727) 441-4947
(727) 447-3158 Fax
Attorneys for Plaintiff